JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KICKER VENCILL; TERESA VENCILL; SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, a California non-profit corporation,<br><br>    Plaintiffs,<br>vs.<br><br>JANE WELTHER, an individual.<br><br>    Defendant. | Case No.: CV 20-10116-GW-PDx<br><br>Assigned to Courtroom: 9D<br>The Hon. George H. Wu<br><br>ORDER OF DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

After full consideration of the parties' Joint Stipulation re: Dismissal With Prejudice with the Court to Retain Jurisdiction to Enforce the Settlement Agreement, this Court hereby ORDERS the dismissal with prejudice of this case.

The Court shall retain jurisdiction for the duration of six (6) months from the date of this Order for the purpose of enforcing the parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: July 1, 2021

_[signature]_
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE